UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.                                                                      CRIMINAL NO. 2:12CR006

JUDGE DAVID ERVIN

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE DAVID A. SANDERS, MAGISTRATE JUDGE OF THE COURT AFORESAID:

Felicia C. Adams, United States Attorney for the Northern District of Mississippi, respectfully represents to the court as follows:

1. That the defendant, JUDGE DAVID ERVIN, is presently confined in the Mississippi Department of Corrections, as a state prisoner, having been duly committed to said institution under and in pursuance of the laws of the State of Mississippi;

2. That this cause is now pending for initial appearance on the docket of this court and that said cause has been set for initial appearance at the Federal Courthouse in Aberdeen, Mississippi, on Friday, February 17, 2012, at 1:30 p.m.

WHEREFORE, your petitioner prays that a writ of habeas corpus ad prosequendum issue out of this Court to the Mississippi Department of Corrections; the United States Marshal for the Northern District of Mississippi; and/or any other United States Marshal, commanding them to produce the body of JUDGE DAVID ERVIN, before this court at Aberdeen, Mississippi, on Friday, February 17, 2012, at 1:30 p.m., and to return safely said prisoner to the custody of the Mississippi Department of Corrections,

forthwith at the conclusion of the above cause.

                                                  Respectfully submitted,

                                                  FELICIA C. ADAMS
                                                  MS Bar No. 1049
                                                  United States Attorney

                                By:    */s/ Susan S. Bradley*
                                                  SUSAN S. BRADLEY
                                                  MS Bar No. 102629
                                                  Assistant United States Attorney
                                                  900 Jefferson Avenue
                                                  Oxford, MS 38655
                                                  Telephone (662) 234-3351
                                                  Fax (662) 234-0657


      Sworn to and subscribed before me, this the   3rd   day of February, 2012.


                                                  */s/ Linda B. King*
                                                  LINDA B. KING, Notary Public


My Commission Expires: October 3, 2015